UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

**MICHAEL POSEY,**

   Defendant.

Criminal Action No. **03cr563**
       (CKK)

## ORDER

    This case is before the Court upon the receipt of a Report and Recommendation [79] filed on December 5, 2012, from Magistrate Judge Alan Kay.  No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

    Accordingly, it is this 19ᵗʰ day of December, 2012,

    **ORDERED** that the Report and Recommendation [39] filed in the above-captioned case is hereby **ADOPTED**, and accordingly, Defendant's supervised release is revoked.  It is

    **FURTHER ORDERED** that a Sentence shall be addressed and imposed at a Court hearing on Wednesday, January 16, 2013, at 9:30 a.m. in Courtroom 28A.

 

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to: (see next page)



Copies to:

Lara Quint, Esq.
Angela George, AUSA
Sondra A. Rhodes, US Probation Officer
Magistrate Judge Alan Kay